IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 13 2006

JOHN F. CORCORAN, CLERK
BY: /s/
      DEPUTY CLERK

| | |
|---|---|
| JAMES BOYD,<br>Plaintiff, | )<br>) Civil Action No. 7:06cv00097<br>) |
| v. | ) **FINAL ORDER**<br>)<br>) |
| HENRY SMALLWOOD,<br>Defendant. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 13th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE