CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 3 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES BOYD,<br>Plaintiff, | )<br>)  Civil Action No. 7:06cv00097<br>) |
| v. | )  **FINAL ORDER**<br>)<br>) |
| HENRY SMALLWOOD,<br>Defendant. | )  By: Samuel G. Wilson<br>)  United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 13th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE